UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14010-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANTERO RAMIREZ-GARCIA,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct an Evidentiary Hearing in respect to a Petition Alleging Violations of Supervised Release before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on March 13, 2013. A Report and Recommendation was filed on March 18, 2013, (D.E.#45), recommending that this Court find Defendant has violated the conditions of his supervised release in respect to violation number 2 as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation on Defendant's Evidentiary hearing to the Violation as set forth in respect to the Petition for Violation of Supervised Release of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation number 2 as set forth in the Petition for Warrant or Summons for Offender Under Supervision. A sentencing hearing for final disposition shall be set in a separate notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of March, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office